**ALL AMERICAN CHECK CASHING, INCORPORATED, A Mississippi Corporation; Mid-State Finance, Incorporated, Plaintiffs-Appellants,**

v.

**Charlotte CORLEY, in her capacity as Commissioner of the Mississippi Department of Banking and Consumer Finance; Various John Does and Jane Does, Agents employed by the Mississippi Department of Banking and Consumer Finance, in their individual capacities; Taft Webb, an individual in his personal capacity; Kris Booker, an individual in his personal capacity; Katherine Christian, an individual in her personal capacity, Defendants-Appellees.**

No. 16-60178

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/06/2016

Robin H. Rasmussen, Dinkelspiel Rasmussen & Mink, P.L.L.C., Memphis, TN,

---

Bentley Edd Conner, Canton, MS, Dale Danks, Jr., Esq., Danks, Miller & Cory, Jackson, MS, for Plaintiff-Appellant All American Check Cashing, Incorporated

Robin H. Rasmussen, Dinkelspiel Rasmussen & Mink, P.L.L.C., Memphis, TN, for Plaintiff-Appellant Mid-State Finance, Incorporated

Justin Lee Matheny, Esq., Douglas T. Miracle, Assistant Attorney General, Office of the Attorney General, for the State of Mississippi, Jackson, MS, for Defendants-Appellees

Before CLEMENT, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.